1  **WO**

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )    CR 11-50073-PHX-SRB
                                           )
10              Plaintiff,                  )
                                           )    **DETENTION ORDER**
11   vs.                                    )
                                           )
12   Saul Valenzuela-Navarro,               )
                                           )
13              Defendant.                  )
                                           )
14   _____       )

15        A detention hearing on the Petition on Supervised Release was held on May 10, 2011.

16        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

17   voluntarily waived his right to a detention hearing and has consented to the issue of detention

18   being made based upon the allegations in the Petition.

19        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

20   of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

21   he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

22   (9th Cir. 1994).

23        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

24   court.

25        DATED this 10th day of May, 2011.

26

27   _____
                James F. Metcalf
28          United States Magistrate Judge